# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>ANIBAL RAMIREZ-JUAREZ<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 1:26-mj-67<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2026__ in the county of __Hamilton__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:
See attached affidavit, which is incorporated herein.

☒ Continued on the attached sheet.

_Complainant's signature_

Allan Cannon, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 03/05/2026

_Judge's signature_

City and state: Chattanooga, Tennessee

Hon. Christopher H. Steger, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

AFFIDAVIT IN SUPPORT OF A )
CRIMINAL COMPLAINT AGAINST ) CASE NO. 1:26-mj- 67
ANIBAL RAMIREZ-JUAREZ )
FOR VIOLATIONS OF 8 U.S.C. § 1326 )

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Allan Cannon, being duly sworn, state the following:

1. I am a Special Agent with Homeland Security Investigations (HSI) assigned to the Chattanooga Field Office. I conduct investigations of matters within the jurisdiction of U.S. Immigration and Customs Enforcement ("ICE") in the Eastern District of Tennessee. In the performance of my duties, I have conducted and participated in numerous investigations of federal immigration violations. I have received specialized training in immigration and customs enforcement, criminal investigations, case development, investigation techniques, and other standardized methods of investigation regarding immigration violations.

2. I submit this affidavit for the limited purpose of establishing probable cause that Anibal Ramirez-Juarez has violated 8 U.S.C. § 1326(a) by being found in the United States after having been previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3. The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement officers. Because this affidavit is submitted for a limited purpose, I have not included

every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4. On or about March 5, 2026, ICE's Enforcement and Removal Operations ("ERO") encountered Ramirez-Juarez within the Eastern District of Tennessee. They then verified the identity of Ramirez-Juarez via a fingerprint match to Alien File (A-file) number 205913717. Based on my training and experience, I know that fingerprint analysis employed by ERO is a reliable method for confirming identity.

5. Following identity confirmation, Ramirez-Juarez's immigration files showed that he is a citizen and national of Guatemala and not a citizen or national of the United States.

6. In addition, Ramirez-Juarez's immigration files confirmed that he was previously convicted of an 8 U.S.C. § 1326 violation in the District of Delaware in Case No. 1:19-cr-17, *United States v. Anibal Ramirez-Juarez*. Following his conviction, Ramirez-Juarez was ordered removed from the United States to Guatemala on or about May 23, 2019.

7. Before his federal conviction, Ramirez-Juarez's files showed that he was also removed from the United States on or about July 26, 2017.

8. I have examined the documentation in Ramirez-Juarez's immigration file and found no evidence indicating that he has sought or received permission from the Secretary of Homeland Security to reenter the United States following his prior removals.

9. Based on the foregoing, I believe there is probable cause to conclude that Ramirez-Juarez has reentered and been found in the United States without having obtained the express consent of the Secretary of Homeland Security. In other words, he is unlawfully present in the United States following a prior deportation in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for Anibal Ramirez-Juarez.

Respectfully submitted,

_____ SA/HSI
ALLAN CANNON
HSI SPECIAL AGENT

Sworn to and subscribed before me this 5th day of March, 2026.

_____
HON. CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE