AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:26-mj- 67 |
| ANIBAL RAMIREZ-JUAREZ | ) | |
| | ) | |
| *Defendant* | ) | |

*FILED*

MAR 0 9 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANIBAL RAMIREZ-JUAREZ                                              ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ☑ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States, in violation of 8 U.S.C. § 1326(a).

Date:   03/05/2026

*Issuing officer's signature*

City and state:   Chattanooga, TN

Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 0305 2026 , and the person was arrested on *(date)* 3/5/2026 at *(city and state)* Chattanooga, TN . | | |
| Date: 3/6/2026 | R. Allen Cannon   SA/HSI *Arresting officer's signature* | |
| | R. Allen Cannon   SA/HSI *Printed name and title* | |

1077322

1934466

2674-0305-0723-5