UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 1:26-mj-00067-CHS |
| v. | ) |
| | ) |
| ANIBAL RAMIREZ-JUAREZ | ) |

## MEMORANDUM AND ORDER

ANIBAL RAMIREZ-JUAREZ ("Defendant") came before the Court for an initial appearance on March 6, 2026, in accordance with Rule 5 of the Federal Rules of Criminal Procedure on the Criminal Complaint ("Complaint") supported by an Affidavit [Doc. 1].

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wanted to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court **APPOINTED** Attorney Damon Burk with Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant.

Defendant was furnished with a copy of the Complaint and the Affidavit, and had an opportunity to review those documents with his attorney. The Court determined that Defendant was able to read and understand the Complaint with the assistance of his counsel. In addition, AUSA Sarah Klapman explained to Defendant the specific charges contained in the Complaint. Defendant acknowledged that he understood the charges in the Complaint.

The Government moved Defendant be detained pending disposition of the Complaint or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. Defendant conferred with his counsel and waived the detention hearing.[1]

It is, therefore, **ORDERED** that:

---

[1] Defendant reserved the right to request a preliminary hearing if he is not indicted within 14 days following the initial appearance.

1

1. Defendant shall be **DETAINED WITHOUT BAIL** pending disposition of the Complaint or further order of this Court.

2. Defendant reserved the right to request a preliminary hearing if he is not indicted or does not agree to be charged through a bill of information within 14 days following the initial appearance.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE